**DISMISS and Opinion Filed December 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00866-CV

**LISA WASHINGTON AND PATRICIA DUGAR, Appellants**
**V.**
**PARK PLACE LX, LLC D/B/A PARK PLACE LEXUS, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08771**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated July 31, 2018, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated July 31, 2018, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated September 4, 2018, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellants had been found entitled to proceed without payment of costs. We

cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180866F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LISA WASHINGTON AND PATRICIA
DUGAR, Appellants


No. 05-18-00866-CV          V.


PARK PLACE LX, LLC D/B/A PARK
PLACE LEXUS, Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-08771.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee PARK PLACE LX, LLC D/B/A PARK PLACE LEXUS recover its costs of this appeal from appellants LISA WASHINGTON AND PATRICIA DUGAR.


Judgment entered December 18, 2018.